United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                   Case No. 19-01623-HWV
Paul J. Rothrock                              Chapter 13
Amanda S. Kang
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: PRadginsk      Page 1 of 1           Date Rcvd: May 06, 2019
                         Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
              +Rite Aid Corporation,   Attn: Human Resources.,   30 Hunter Lane,   Camp Hill, PA 17011-2400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
         Chad J. Julius   on behalf of Debtor 1 Paul J. Rothrock cjulius@ljacobsonlaw.com,
          brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
         Chad J. Julius   on behalf of Debtor 2 Amanda S. Kang cjulius@ljacobsonlaw.com,
          brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James  Warmbrodt   on behalf of Creditor   Quicken Loans Inc.  bkgroup@kmllawgroup.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                   TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: **PAUL J. ROTHROCK**         :    CASE NO.: 1:19-bk-01623-HWV
        **AMANDA S. KRANG,**     :
            **Debtor**            :

### ORDER

        **UPON CONSIDERATION** of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

        **IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

Rite Aid Corporation
Attn: Human Resources.
30 Hunter Lane
Camp Hill, PA 17011

should deduct from said Debtor's income the sum of **$197.00 from each bi-weekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
POB 7005
Lancaster, PA 17604

        **IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

        **IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:19-bk-01623-HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.

Dated: May 6, 2019               By the Court,

                                    *Henry W. Van Eck*

                              _____
                              Henry W. Van Eck, Bankruptcy Judge (JH)