```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 19-01623-HWV
Paul J. Rothrock                                                        Chapter 13
Amanda S. Kang
          Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr            Page 1 of 2             Date Rcvd: May 28, 2019
                              Form ID: ntcnfhrg          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Paul J. Rothrock,    Amanda S. Kang,    621 Cedar Avenue,    Middletown, PA 17057-2816
5187244        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5187249        +Citibank/Goodyear,   Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 Saint Louis, MO 63179-0034
5187251        +Credit Acceptance,   25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
5187253        +Eos Cca,   Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
5187256        +NTB Credit Plan,   PO Box 6403,    Sioux Falls, SD 57117-6403
5187257        +PayPal Credit,   PO Box 71202,    Charlotte, NC 28272-1202
5187258        +Quicken Loans,   662 Woodward Avenue,    Detroit, MI 48226-3433
5187259        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2019 19:21:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5187248         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2019 19:21:54
                 Capital One Bank USA NA,    PO BOx 85015,   Richmond, VA 23285-5075
5187247        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2019 19:21:54     Capital One,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
5187245        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2019 19:21:21     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5194669         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2019 19:21:54
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5187250        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2019 19:20:23    Comenity Capital/Gamestop,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5187252        +E-mail/PDF: creditonebknotifications@resurgent.com May 28 2019 19:21:41    Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5187254        +E-mail/Text: support@ljross.com May 28 2019 19:20:20     LJ Ross Associates,    4 Universal Way,
                 Po Box 6099,   Jackson, MI 49204-6099
5193815         E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2019 19:21:26     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5197561         E-mail/Text: bkr@cardworks.com May 28 2019 19:20:02     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5187255        +E-mail/Text: bkr@cardworks.com May 28 2019 19:20:02     Merrick Bank/CardWorks,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
5187817        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2019 19:21:39     Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5187246*       +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
          Chad J. Julius    on behalf of Debtor 1 Paul J. Rothrock cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Chad J. Julius    on behalf of Debtor 2 Amanda S. Kang  cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          TOTAL: 5

| **UNITED STATES BANKRUPTCY COURT** |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Paul J. Rothrock, | Chapter  13 |
| **Debtor 1** | |
| Amanda S. Kang, | Case No.  1:19–bk–01623–HWV |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 10, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 28, 2019 |

ntcnfhrg (03/18)