**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  PAUL J. ROTHROCK,                  :    CASE NO.:  1:19-bk-01623-HWV
       AMANDA S. KANG,                         :
                Debtors                :

## DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT

AND NOW COMES, Debtor, Paul J. Rothrock, by and through his attorneys, Jacobson, Julius & Harshberger, who hereby files this Motion to Terminate Wage Attachment and in support thereof states:

1.      Debtor filed a Chapter 13 Petition on or about April 19, 2019.

2.      This Honorable Court approved a wage attachment of Debtor's wages on May 6, 2019 and further directed Rite Aid Corporation to withhold funds from Debtor's wages to pay the Chapter 13 Trustee.

3.      Debtor files this motion seeking an order terminating said wage attachment because the case is now complete, and no further payments are due to the Chapter 13 Trustee.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to terminate the payments to the Chapter 13 Trustee.

Respectfully Submitted,

JACOBSON, JULIUS AND HARSHBERGER

Dated: April 26, 2024                    /s/ Chad J. Julius_____
                                     ID# 209496
                                     8150 Derry Street
                                     Harrisburg, PA 17111.5260
                                     717.909.5858

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **PAUL J. ROTHROCK,** : **CASE NO.: 1:19-bk-01623-HWV**
     **AMANDA S. KANG,** :
         **Debtors** :

### PROOF OF SERVICE

    **AND NOW**, this 26th day of April, 2024, I, Dera Shade, with Jacobson, Julius & Harshberger, attorneys for the Debtor, hereby certify that on this day I served the within *Motion to Terminate Wage Attachment* upon the following persons by forwarding the same via CM/ECF and/or first-class mail–

Jack N. Zaharopoulos, Esq.
8125 Adams Drive Suite A
Hummelstown, PA 17036

United States Trustee
The Sylvia H. Rambo US Courthouse
1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor
Harrisburg, PA 17102

Rite Aid Corporation
Attn: Human Resources
30 Hunter Lane
Camp Hill, PA 17011

By:    /s/Dera Shade
           Dera Shade, Paralegal

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  **PAUL J. ROTHROCK,**        :    **CASE NO.:  1:19-bk-01623-HWV**
       **AMANDA S. KANG,**        :
               **Debtors**        :

UPON CONSIDERATION of the above-referenced Debtor, Paul J. Rothrock, having filed a *Motion to Terminate Wage Attachment* under Chapter 13 of the Bankruptcy Code;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the entity from whom Debtor receives income:

Rite Aid Corporation
Attn: Human Resources.
30 Hunter Lane
Camp Hill, PA 17011

shall terminate all deductions and wage attachments remitted to Chapter 13 Trustee, Jack N. Zaharopoulos, from said Debtor's income, previously ordered by this Honorable Court on May 6, 2019.