IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amanda S. Kang<br>Paul J. Rothrock<br>      Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>      Movant<br>    vs.<br><br>Amanda S. Kang<br>Paul J. Rothrock<br>      Debtor(s)<br><br>Jack N. Zaharopoulos,<br>      Trustee | BK NO. 19-01623 HWV<br><br>Chapter 13<br><br>Related to Claim No. 7 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 26, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Amanda S. Kang
621 Cedar Avenue
Middletown, PA 17057

Paul J. Rothrock
621 Cedar Avenue
Middletown, PA 17057

Attorney for Debtor(s)
Chad J. Julius, Jacobson & Julius, 8150 Derry Street
Suite A
Harrisburg, PA 17111

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 26, 2022

                       **/s/Brian C. Nicholas Esquire**
                       Brian C. Nicholas Esquire
                       Attorney I.D. 317240
                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106
                       201-549-5366
                       bnicholas@kmllawgroup.com